**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|   |   |
|---|---|
| MICHELE FIELD ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | **Civil Action No.** |
| ) | **11-CV-40115** |
| ) | |
| UNITED RECOVERY SERVICES, INC. ) | |
|     Defendant, ) | |
| ) | |

**NOTICE OF DISMISSAL**

    Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Plaintiff hereby voluntarily dismisses this action with prejudice and each party to bear their own costs and attorney fees.

Dated: July 27, 2011

    RESPECTFULLY SUBMITTED:

    /s/ Kevin J. Buckley, Jr., Esq.
    Kevin J. Buckley, Jr.
    Consumer Rights Law Firm
    191 Merrimack Street, Suite 302
    Haverhill, Massachusetts, 01830
    Phone: (978) 212-3300
    Fax: (888) 712-4458
    Email:
    attorneykevinb@consumerlawfirmcenter.com
    Attorney for Plaintiff

**PROOF OF SERVICE**

I hereby certify that on August 12, 2011, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email.  Parties may access this filing through the court's system.

    /s/ Kevin J. Buckley, Jr., Esq.